To whom it may concern!                    2-23-15
     My name is Lamar Lovett #1687455 on    761670-00
Nov. 19th 2014. The Court of Criminal Appeals
issued an order unto the 299th District
Court to resolve issues designated by the
District Court. I have a Bipolar disorder and
I am very Cofused. I don't know when the
Due date is on the 90 days to resolve these
issues. It is now Past ~~Feburary~~ Feb 19th
2015. I have been given a Attourney, For what
reason I don't know. I have also requested
to be bench warrented back. As it is my
right to be present at any hearing in my
Cause D-1-DC-90-904094. I have already been
messed over by the Police and the Prosecutor
in my cause D-1-DC-10-904094 by the pre-
sentation of inadmisslable evidence used
to convict me. In my opinion the prosecutor
Should face Charges for Tampering with evid-
lence. Please help me know the meaning
of your order and the Due Date thereof
Your Attention in this is greatly Appreciated

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

Thank you
Lamar Lovett
Lamar Lovett #1687455
McConell Unit
3001 S. Emily Dr
Beeville TX 78102